IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.H. and R.H., individually and on behalf of their daughter, K.H., | : : : CIVIL ACTION |
| T.C. and M.C., individually and on behalf of their daughter, E.C., | : : : |
| G.K. and W.M., individually and on behalf of their son, E.K., | : : : |
| J.B. and J.B., individually and on behalf of their daughter, G.B., | : : : |
| Plaintiffs, | : : |
| v. | : : |
| WISSAHICKON SCHOOL DISTRICT, Defendant. | : No. 19-5445 : |

### Order

**AND NOW**, this **27th** day of **October, 2020**, upon consideration of Plaintiffs' Motion for Attorneys' Fees and Costs, and the responses and replies thereto, and for the reasons outlined in this Court's Memorandum of this same date, it is **ORDERED** that Plaintiffs' Motion (Document No. 23) is **GRANTED** as follows:

1. With respect to work performed in the matter of E.H. and R.H., individually and on behalf of their daughter, K.H., Plaintiffs are awarded fees in the amount of $86,805.00 and costs in the amount of $8,903.29;

2. With respect to work performed in the matter of T.C. and M.C., individually and on behalf of their daughter, E.C., Plaintiffs are awarded fees in the amount of $67,423.50 and costs in the amount of $8,067.06;

3. With respect to work performed in the matter of G.K. and W.M., individually and on behalf of their son, E.K., Plaintiffs are awarded fees in the amount of $106,028.00 and costs in the amount of $8,339.35;

4. With respect to work performed in the matter of J.B. and J.B., individually and on behalf of their daughter, G.B., Plaintiffs are awarded fees in the amount of $106,264.00 and costs in the amount of $269.41; and,

5. With respect to work performed in this fee petition action, Plaintiffs are awarded fees in the amount of $21,641.60 and costs in the amount of $647.68.

**BY THE COURT:**

/s/ Berle M. Schiller

**Berle M. Schiller, J.**